UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY TICHENOR, | ) | Case No. 1:10 CV 2424 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| INDEPENDENT PORTFOLIO MANAGEMENT, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

Counsel for Plaintiff has notified the Court that above captioned case is dismissed without prejudice. Therefore, this case is dismissed without prejudice.

IT IS SO ORDERED.

          __/s/Donald C. Nugent____
          DONALD C. NUGENT
          United States District Judge

DATE: __March 10, 2011_____